UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| SHON COOPER AND JACKIE READ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFFS <br><br> v. <br><br> INTACT PROFESSIONAL HEALTH & SAFETY SERVICES, INC., <br><br> DEFENDANT | § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br> 4:23-cv-140-SEB-KMB <br><br><br> JURY TRIAL DEMANDED |

**JOINT STIPULATION REGARDING NOTICE TO WORKERS**

1. The parties have agreed to send FLSA collective action notice to similarly situated workers as set forth in this stipulation and ask the Court's approval.

2. The Parties stipulate to the issuance of notice to a group of individuals that performed work for Defendant Intact Professional Health & Safety Services, Inc. as follows:

> **All individuals who worked for Intact Professional Health & Safety Services, Inc., and who were paid on an hourly basis between May 1, 2022 and the present date.**

This is a two-year look-back period as opposed to the three-year period sought by the Plaintiffs. This agreement regarding the look-back period for notice does not affect the Plaintiffs' ability to seek three years' damages look-back for individuals who are plaintiffs in this case based on Defendant's knowing or willful conduct that has been alleged.

3. The Parties further agree to toll the statute of limitations as of May 1, 2024 as to those individuals to whom notice is being sent.

4. The Parties have agreed to use the proposed Notice and Consent to Join forms that are being filed with this Stipulation, and that those forms will be sent to the similarly situated workers.

5. The Parties agree that Intact Professional Health & Safety Services, Inc. will send Plaintiff's counsel an electronic spreadsheet with the names, mailing addresses, and email addresses of all similarly situated workers ("the List") within 20 business days of the Court's Order approving this stipulation.

6. Within 10 business days of Intact Professional Health & Safety Services, Inc. providing the List, the Parties agree that Plaintiffs may mail and email the Notice and Consent forms to the members of the Class. The parties also agree that a website dedicated solely to hosting the notice and the consent forms may be established, and that opt ins may sign the consent forms electronically as part of this website.

7. The Parties agree that 30 days after sending the Notice and Consent, Plaintiffs may mail and email a second time the same Notice and Consent forms to all similarly situated workers who have not submitted their signed consent.

8. The Parties agree that all individuals who wish to join this lawsuit may do so by filing a Consent form with the Court within 45 days of Plaintiffs first sending out notice.

9. The Parties respectfully request that the Court enter an order approving the terms of this stipulation and approving the attached previously filed forms of Notice and Consent.

        Respectfully Submitted,

        **WELMAKER LAW, PLLC**
        409 N. Fredonia, Suite 118
        Longview, Texas 75601
        Tel: (512) 799-2048
        By: */s/ Douglas B. Welmaker*
            Douglas B. Welmaker
            Texas State Bar No. 00788641
            doug@welmakerlaw.com
        **ATTORNEY-IN CHARGE FOR PLAINTIFF**

        */s/ Josef F. Buenker*
        Josef F. Buenker
        TBA No. 03316860
        P.O. Box 10099
        Houston, Texas 77206
        713-868-3388 Telephone
        713-683-9940 Facsimile
        jbuenker@buenkerlaw.com
        **COUNSEL FOR PLAINTIFF**


        /s/ Courtney M. Witten
        Courtney M. Witten
        BakerHostetler, LLP
        1801 California Street, Suite 4400
        Denver, CO 80202
        303-764-4058
        cwitten@bakerlaw.com
        **ATTORNEY FOR DEFENDANT**


## CERTIFICATE OF SERVICE

I certify that on May 14, 2024, I filed on behalf of the Parties jointly the foregoing document with the Court and served all parties of record via ECF.

                                        */s/ Josef F. Buenker*
                                        Josef F. Buenker