# Did you work for Intact Professional Health & Safety Services, Inc. as an hourly Inspector or Safety Worker between May 1, 2022 and now?

### Does This Affect Me?

If you worked for Intact Professional Health & Safety Services, Inc. ("Defendant") between May 1, 2022 and now, were paid by the hour, and were paid the same hourly rate for all hours worked, including hours over 40 in at least one workweek, then this may affect you.

### What's This About?

Two former safety inspectors claim that Defendant paid them on an hourly basis but did not pay them overtime pay (time-and-a-half pay) when they worked more than 40 hours in a week. The lawsuit is seeking money to pay to them and similar workers for the overtime they worked in the past 2 years. This Notice tells you how you may join the case if you so choose. Five additional Intact workers have already joined the lawsuit.

At this time, the Court has not decided if Defendant violated federal law. Defendant denies that it violated the law and asserts that it paid all workers properly. There is no money available now and no guarantee that there will be any money in the future.

You have a choice to assert your legal rights in this case. If you do not do so, you will not share in any money awarded in the case.

### What Can I Get?

If the workers win, you may get up to two times the unpaid overtime wages you should have received.

If the workers lose, you will get nothing.

If you join the lawsuit, you will not have to pay your lawyers out of your pocket, win or lose. The lawyers for the workers are being paid on a contingency fee basis and will receive a part of the money if money is recovered.

### Can I be Retaliated Against?

No. It is illegal for Defendant to fire or demote you or otherwise treat you differently just because you joined this suit.

### How Do I Join the Lawsuit?

If you want to join in the lawsuit, go to www.Intactwagesuit.com and fill out the Consent to Become Party Plaintiff form electronically. You may also fill out the enclosed *Consent to Become Party Plaintiff* form and mail, email, or fax it back. You are responsible for being sure the form is received on time. It must be postmarked or received by ___, 2024.

### What Are My Choices?

If you want to join this case to seek compensation for wages, return your *Consent to Become Party Plaintiff* form by ____, 2024. If you join this case, you will be bound by the result in this case, whether it is favorable or unfavorable. You may have to answer questions about your claim and provide documents.

You may contact and retain any attorney you choose.

If you do not wish to join this case, you don't have to do anything.

### Can I Get More Information?

To learn more, go to www.Intactwagesuit.com or call the workers' attorneys at (713) 868-3388. The call is free and confidential.

Or write/email to:
The Buenker Law Firm
Intact Professional Overtime Claims
P.O. Box 10099
Houston, Texas 77206
jbuenker@buenkerlaw.com

**THIS NOTICE HAS BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA. THE COURT HAS TAKEN NO POSITION ON THE MERITS OF THIS LAWSUIT.
PLEASE DO NOT CALL OR WRITE THE JUDGE IN THIS LAWSUIT. THE JUDGE CANNOT ANSWER QUESTIONS ABOUT THIS LAWSUIT OR THIS NOTICE.**