# **CONSENT TO BE PARTY PLAINTIFF**

I consent to become a party plaintiff in the FLSA lawsuit brought by Shon Cooper and Jackie Read against Intact Professional Health & Safety Services, Inc. ("Defendant") pursuant to 29 U.S.C. § 216(b).

By filing this consent, I understand that I designate Shon Cooper and Jackie Read ("Representative Plaintiffs") as my agents to make decisions on my behalf concerning Fair Labor Standards Act litigation against Defendant including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Representative Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to Fair Labor Standards Act Litigation against Defendant. These decisions and agreements made and entered into by the Representative Plaintiffs will be binding on me if I sign this consent.

I understand that the Representative Plaintiffs have entered into a Representation Agreement ("Representation Agreement") with The Buenker Law Firm (Houston, TX) and Welmaker Law, PLLC (Longview, TX) ("Law Firm") which applies to all plaintiffs who file this consent. If I sign this consent, I agree to be bound by the Representation Agreement.

I agree and understand that the Law Firm and/or the Representative Plaintiffs may in the future appoint other individuals to be Representative Plaintiffs in Fair Labor Standards Act Litigation against Defendant. I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to Fair Labor Standards Act Litigation against Defendant.

By choosing to file this consent, I understand that I will be bound by a judgment of the court. I will also be bound by, and will share in any settlement that may be negotiated on behalf of all Plaintiffs.

_____     _____
Signature                             Date

_____     _____
Name (Please Print Neatly)            Phone Number

_____     _____
Address                               Email Address

_____
City, State, Zip Code

Return this completed form to:
The Buenker Law Firm
P.O. Box 10099
Houston, TX 77206
Email: jbuenker@buenkerlaw.com