# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | | |
|---|---|---|
| **SHON COOPER AND JACKIE READ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,** | § § § § § | |
| **PLAINTIFFS** | § § | |
| **v.** | § § | **4:23-cv-140-SEB-KMB** |
| **INTACT PROFESSIONAL HEALTH & SAFETY SERVICES, INC.,** | § § § | |
| **DEFENDANT** | § § | **JURY TRIAL DEMANDED** |

## <u>ORDER GOVERNING NOTICE TO SIMILARLY SITUATED WORKERS</u>

The Court, pursuant to the stipulation between the parties agreeing to sending notice in this matter, hereby ORDERS as follows:

Within 20 business days of the granting of this Order, Defendant Intact Professional Health & Safety Services, Inc. ("Defendant") shall provide the similarly situated individuals' names, last-known mailing addresses, and their corresponding email addresses and mobile telephone numbers, if any, to counsel for Plaintiffs. This group of people consists of all individuals who have worked for Defendant on an hourly basis between May 1, 2022 and the date of this Order and who worked more than 40 hours in at least one workweek during that time period ("Similarly Situated Workers"). Defendant shall provide this information to counsel for Plaintiffs in a usable electronic format if available.

Within 10 business days of receipt of the information provided by Defendant pursuant to the preceding paragraph, Plaintiffs shall send the notice and consent forms as submitted with the stipulation, which are hereby approved by the Court, to each Similarly Situated Worker, as well

as a stamped, self-addressed envelope for the return of the consent form. The notice shall be sent in paper form and by email if available. The email subject line, if applicable, shall state "Court-Approved Notice regarding Intact Professional overtime lawsuit attached." A second copy of the notice and consent forms may be sent out thirty 30 days after the first notice is sent, by mail and email.

Similarly Situated Workers who have not joined the action as of the date of this Order shall be allowed to file consents to join this action at any time on or before 45 days after the notice ordered pursuant to this Order is sent out for the first time (the "Opt-In Period"). Similarly Situated Workers who have not filed consents to join this action on or before that date shall not be allowed to participate in this action, unless the parties stipulate to, or good cause is shown to the Court for allowing additional individuals joining the action after the Opt-In Period has closed.

Counsel for Plaintiffs may establish a website dedicated solely to hosting the notice and the consent forms, and opt-ins may sign the consent forms electronically as part of this website.

During the Opt-In Period, the parties and their counsel are ordered not to make any communication to any similarly situated worker that has the purpose or effect of influencing his or her decision as to whether or not to join the lawsuit. The parties and their counsel each may respond to questions posed in communications initiated by similarly situated workers by providing factually accurate and verifiable information about the case. The Court cautions the parties' counsel to stay in compliance with ethical rules regarding improper solicitation of clients or witnesses as well as ethical rules protecting against actual or apparent conflicts of interest.

SO ORDERED