UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| SHON COOPER AND JACKIE READ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFFS<br><br>v.<br><br>INTACT PROFESSIONAL HEALTH & SAFETY SERVICES, INC.,<br><br>DEFENDANT | § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br>4:23-cv-140-SEB-KMB<br><br><br><br>JURY TRIAL DEMANDED |

## ORDER

This cause coming before the Court on Defendant Intact Professional Health & Safety Services, Inc.'s Unopposed Motion for Extension of Time [Dkt.64], due notice given, and the parties in agreement, IT IS HEREBY ORDERED THAT:

1. On or before January 31, 2025, Plaintiffs will send a settlement demand for all Plaintiffs to Defendant.

2. On or before February 14, 2025, Defendant will respond to Plaintiffs' settlement demand.

3. On March 26, 2025, the Parties will participate in a mediation of all claims asserted in this case with Frank Neuner in St. Louis, Missouri.

4. On or before April 2, 2025, the parties shall file a joint status report on the outcome of mediation and propose dates for a revised scheduling order in this matter as necessary.

IT IS SO ORDERED.

Date: 1/21/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.