UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| SHON COOPER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:23-cv-00140-SEB-KMB |
| | ) |
| INTACT PROFESSIONAL HEALTH & | ) |
| SAFETY SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion for Approval of FLSA Collective Action and Settlement Agreement [Dkt. 71]. The Court, having reviewed the record, the evidence submitted, and the Parties' settlement agreement, finds the motion well-taken. Accordingly, it is hereby ORDERED:

1. Plaintiffs' Unopposed Motion for Approval of FLSA Collective Action and Settlement Agreement is GRANTED.

2. The proposed Settlement Agreement [Dkt. 71-5] is approved as fair and reasonable in all respects.

3. Pursuant to § 216 of the Fair Labor Standards Act, 29 U.S.C. § 203, *et seq.*, the Court finally certifies the collective action consisting of the individuals who are receiving payments under the Settlement Agreement.

4. The Court approves the requested Representative Service Awards to Plaintiffs Shon Cooper and Jackie Read.

5. The Court approves the requested Attorneys' Fees in the amount of $104,000.00 and Costs in the amount of $10,000.

6. The Parties shall comply with the terms of the Settlement Agreement, which terms are incorporated herein by reference.

7. The Action is <u>DISMISSED</u> without prejudice, thereby permitting the Court to retain jurisdiction to enforce the terms of the Settlement Agreement. The parties are <u>DIRECTED</u> to notify the Court upon completion of all steps necessary to effectuate this settlement, and the dismissal shall be converted to a dismissal with prejudice.

IT IS SO ORDERED.

Date: _____12/8/2025_____   _____[signature]_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Josef Buenker
The Buenker Law Firm
jbuenker@buenkerlaw.com

Michael Scott McIntyre
BAKER & HOSTETLER LLP
smcintyre@bakerlaw.com

Kaitlin McLeod
Thompson Hine
kaitlin.mcleod@thompsonhine.com

Douglas B Welmaker
Welmaker Law, PLLC
doug@welmakerlaw.com

Courtney Witten
Baker & Hostetler LLP
cwitten@bakerlaw.com

Case 4:23-cv-00140-SEB-KMB   Document 72   Filed 12/08/25   Page 3 of 3 PageID #: 362