UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

SHON COOPER on behalf of themselves and all )
others similarly situated, )
JACKIE READ on behalf of themselves, and all )
others similarly situated, )
)
Plaintiffs, )
)
v. )        No. 4:23-cv-00140-SEB-KMB
)
INTACT PROFESSIONAL HEALTH & SAFETY )
SERVICES, INC., )
)
Defendant. )

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's

Motion to Enforce Settlement and Order to Show Cause [Dkt. 73]. The parties were afforded due

opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The

Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the

Magistrate Judge's Report and Recommendation.  Plaintiff's Motion to Enforce Settlement and

Order to Show Cause is **GRANTED IN PART AND DENIED IN PART**.  Judgment in favor

of Plaintiffs Shon Cooper and Jackie Read, individually and on behalf of all other similarly

situated, and against Defendant Intact Professional Health & Safety Services, Inc., shall be

entered in the amount of $260,000.00, plus post-judgment interest. Plaintiffs' request for

attorneys' fees and Plaintiffs' request for an order to show cause are **DENIED AS MOOT**.

IT IS SO ORDERED.

Date:   5/28/2026

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Josef Buenker
The Buenker Law Firm
jbuenker@buenkerlaw.com

Michael Scott McIntyre
BAKER & HOSTETLER LLP
smcintyre@bakerlaw.com

Kaitlin McLeod
Thompson Hine
kaitlin.mcleod@thompsonhine.com

Douglas B Welmaker
Welmaker Law, PLLC
doug@welmakerlaw.com

Courtney Witten
Baker & Hostetler LLP
cwitten@bakerlaw.com