**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

SHON COOPER, et al.,

Plaintiffs,

v.

INTACT PROFESSIONAL HEALTH &
SAFETY SERVICES, INC.,

Judgment Debtor.

Case No. 4:23-cv-00140-SEB-KMB

**ORDER GRANTING RENEWED MOTION TO WITHDRAW AS COUNSEL**
**OF RECORD**

This matter comes before the Court on counsel's Renewed Motion to Withdraw as Counsel of Record for Intact Professional Health & Safety Services, Inc. [Dkt. 87.] The Court, being duly advised, now **GRANTS** the Renewed Motion. The appearances of Courtney M. Witten, M. Scott McIntyre, and Baker & Hostetler LLP are **WITHDRAWN** as counsel of record for Intact Professional Health & Safety Services, Inc., effective upon entry of this Order or on such other date as the Court deems appropriate. The Clerk is **directed** to update the docket accordingly.

Because Intact Professional Health & Safety Services, Inc. is a corporate entity, it may appear in this Court only through a licensed attorney. The Court is sending a courtesy copy of this Order to the registered agent via mail as indicated in the distribution; however, it may not do so with future filings or Orders. Intact shall have an attorney promptly enter an appearance on the docket if it retains new counsel, which it must to do properly respond to the Motion for Proceedings Supplemental filed on June 4, 2026.

**SO ORDERED.**

Date: 6/29/2026

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Registered counsel of record via Court's CM/ECF System

Courtesy Copy via Mail:

Intact Professional Health & Safety Services, Inc.
Attn: Shawn P. Hammontree
810 N. Valley View Trace
New Albany, Indiana 47150